# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**654**

**CA 11-00243**

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, GREEN, AND GORSKI, JJ.

---

EUGENE C. ARMANI, PLAINTIFF-APPELLANT,

V                                                                          ORDER

GERALDINE C. ARMANI, DEFENDANT-RESPONDENT.

---

MEGGESTO, CROSSETT & VALERINO, LLP, SYRACUSE (JAMES A. MEGGESTO OF COUNSEL), FOR PLAINTIFF-APPELLANT.

HANCOCK & ESTABROOK, LLP, SYRACUSE (JANET D. CALLAHAN OF COUNSEL), FOR DEFENDANT-RESPONDENT.

-----------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered May 24, 2010. The order granted the motions of defendant for summary judgment and denied the cross motions of plaintiff for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  June 10, 2011                          Patricia L. Morgan
                                                 Clerk of the Court